MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100
Attorneys for Defendants, Aetna Life Insurance Company, Business Council of New York and El Al Airlines

By: _____
        Steven P. Del Mauro

| | |
|---|---|
| EMMA KURYLA, | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY |
| Plaintiff, | CIVIL ACTION NO. 08-474 (DRD) |
| vs. | |
| AETNA LIFE INSURANCE COMPANY, BUSINESS COUNCIL OF NEW YORK AND EL AL AIRLINES, | |
| Defendants. | |

## CIVIL ACTION - STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The undersigned attorneys for plaintiff, Emma Kuryla and defendants, Business Council of New York and El Al Airlines, hereby agree and stipulate that plaintiff's complaint against said defendants shall be dismissed without prejudice or costs, and with each party bearing their own attorney fees.

It is further stipulated and acknowledged that this stipulation shall in no way bar or preclude plaintiff's claim against defendant, Aetna Life Insurance Company.

| | |
|---|---|
| ABROMSON & CAREY<br>Attorneys for plaintiff, Emma Kuryla | MCELROY, DEUTSCH, MULVANEY<br>& CARPENTER, LLP<br>Attorneys for defendants, Aetna Life<br>Insurance Company, Business Council of<br>New York and El Al Airlines |
| BY: *[signature]*<br>Glenn B. Carey<br>Dated: 3/08, 2008 | BY: *[signature]*<br>Steven P. Del Mauro<br>Dated: 3/7/08, 2008 |

*So Ordered*
*[signature]* William R. Walburn
USSDJ

3/14/08

1058396_1