UNITED STATES DISTRICT COURT    **CLOSED**

DISTRICT OF NEW JERSEY

NEWARK, NEW JERSEY

ORDER

EMMA KURYLA                    :

                                              Civil   08-474   (DRD)

v.                             :

AETNA LIFE INSURANCE CO., :
      Et al

It has been reported to the Court that the above entitled action has been settled;

It is on this 2nd day of June, 2008

O R D E R E D that this action be and is hereby dismissed as to all litigants, without costs and without prejudice to the right, upon good cause shown within 60 days, to re-open this action if the settlement has not been consummated. The Court shall retain jurisdiction to enforce any settlement agreement.

                                                    DICKINSON R. DEBEVOISE
                                                   United States District Judge