McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
1300 Mt. Kemble Avenue
P. O. Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100
Attorneys for Defendant, Aetna Life Insurance Company.

By: _____
    Steven P. Del Mauro

**CLOSED**

| | |
|---|---|
| EMMA KURYLA, | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY |
| Plaintiff, | CIVIL ACTION NO. 08-474 (DRD) |
| vs. | |
| AETNA LIFE INSURANCE COMPANY, BUSINESS COUNCIL OF NEW YORK AND EL AL AIRLINES, | |
| Defendant. | |

## CIVIL ACTION – CONSENT ORDER OF DISMISSAL

**THIS MATTER** having been opened to the Court upon the joint application of McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for defendant, Aetna Life Insurance Company, and Abramson & Carey, attorney's for the plaintiff, Emma Kuryla and the Court having been apprised that the parties hereto have reached a full and final resolution and settlement of this civil action, and having been further apprised that the parties desire to dismiss with prejudice, without costs and with each party bearing their own attorneys fees, this civil action, however, providing for the retention of jurisdiction for the purpose of enforcing the settlement, if necessary, and the Court having reviewed and considered all pleadings and proceedings in this matter to date, and good cause having existed for the entry of the within order;

IT IS on this 8th day of September, 2008

**ORDERED** that this civil action be and the same hereby is dismissed with prejudice, without costs and with each party bearing their own attorney fees; and be it further

**ORDERED** that the Court shall retain jurisdiction limited to any action or proceeding brought by any party seeking to enforce the terms and provisions of the settlement between the parties.

_____, U.S.D.J.

The undersigned attorneys hereby consent to the form, content and entry of the within order:

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
Attorneys for Defendant,
Aetna Life Insurance Company.

By: _____
    Steven P. Del Mauro

Abromson & Carey
Attorneys for Plaintiff, Emma Kuryla

By: _____
    Glenn B. Carey, Esq.

1097232-1